## Krystle Thomas

| | |
|---|---|
| **From:** | Krystle Thomas |
| **Sent:** | Monday, September 15, 2025 9:41 AM |
| **To:** | Laura Sanchez; Jack Brant; Nelson Franse; asanchez@edlawyer.com; wolivas@edlawyer.com |
| **Subject:** | RE: Torts Complaint |

We accept service of this Complaint, effective today, on behalf of Stride, Inc. only.  We still need to determine if we will represent the individual defendants and, if so, when we can accept service of the Complaint on their behalf.  We will let you know.

**KrystleThomas | Attorney**

KThomas@rodey.com
505.768.7356

201 Third Street NW, Suite 2200
Albuquerque, New Mexico 87102
fax: 505.768.7395

Rodey, Dickason, Sloan, Akin & Robb, P.A.
www.rodey.com

This message is confidential and may be protected by the attorney-client privilege.  If you believe that it has been sent to you in error, please reply to the sender that you received the message in error and then delete it. Thank you.

**From:** Andrew M. Sanchez <asanchez@edlawyer.com>
**Sent:** Wednesday, August 27, 2025 5:29:27 PM
**To:** Nelson Franse <nfranse@rodey.com>; Laura Sanchez <lsanchez@rodey.com>
**Cc:** Wendy Olivas <wolivas@edlawyer.com>
**Subject:** Torts Complaint

## CAUTION: This email was sent from someone outside of the Rodey email system.

Will you accept service?

**ANDREW M. SANCHEZ**

EXHIBIT B



**C: (505) 259-2069**
**F: (312) 565-0000**
5051 Journal Center Boulevard, N.E. Suite 320
Albuquerque, New Mexico  87109

Visit Us! **www.edlawyer.com**

CONFIDENTIALITY NOTE
This message contains confidential information intended only for use of the person named above and may contain communication protected by the attorney-client privilege. If you have received this message in error, you are hereby notified that dissemination, distribution, copying or other use of this message is prohibited and you are requested to notify the sender of the message immediately at the telephone number or email address listed above and delete this message and copies of backups thereof.