## DECLARATION OF BELINDA HAAGSMA

Pursuant to 28 U.S.C. § 1746, Belinda Haagsma declares as follows:

1. My name is Belinda Haagsma. I am the Vice President, People Experience, for Stride, Inc. ("Stride"). I am over 18 years old, and all of the information in this Declaration is true to the best of my knowledge.

2. In my capacity as Vice President, People Experience, for Stride, I am familiar with both Stride's organization and structure and information regarding Stride's employees.

3. Stride is a Delaware corporation with its principal place of business in Virginia. Stride is not a limited liability company. K12 Virtual Schools, LLC is a subsidiary of Stride, not its d/b/a.

4. K12 Virtual Schools, LLC is a Delaware limited liability company. Its sole member is K12 Management Inc. K12 Management Inc. is a Delaware corporation with its principal place of business in Virginia.

5. James Rhyu is a Stride employee who resides in Florida.

6. Peter Stewart is a Stride employee who resides in Montana.

7. Ryan Stutler is a Stride employee who resides in Tennessee.

8. Adam Hawf is a Stride employee who resides in Louisiana.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 11, 2025, in the United States of America.

*/s/ Belinda Haagsma*
Belinda Haagsma
Vice President, People Experience, Stride

**EXHIBIT C**