## DECLARATION OF RYAN STUTLER

Pursuant to 28 U.S.C. § 1746, Ryan Stutler declares as follows:

1. My name is Ryan Stutler. I am the Vice President of Finance for Stride, Inc. ("Stride"). I am over 18 years old, and all of the information in this Declaration is true to the best of my knowledge.

2. In my capacity as the Vice President of Finance for Stride, I am familiar with payments received from the Gallup-McKinley County Schools (the "District") under the June 16, 2020, Educational Products and Services Agreement (the "Contract").

3. After September 30, 2023, the District paid in excess of $100,000 under the Contract.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 15, 2025, in the United States of America.

*[signature]*
Ryan Stutler
Vice President of Finance, Stride

4947971v1

**EXHIBIT E**