9/26/25, 11:23 AM
Case 1:25-cv-00890-JHR-DLM    Document 5-6    Filed 09/26/25    Page 1 of 7
Counting down the days – Gallup Sun

# Gallup Sun

Home  »  News  »  Counting down the days

NEWS

# Counting down the days

 BY **GALLUPSUN STAFF** — AUGUST 22, 2025 — UPDATED: AUGUST 22, 2025   💬 NO COMMENTS   🕐 4 MINS READ

f Facebook        X Twitter        📌 Pinterest        ↗



*GMCS Superintendent Mike Hyatt*

**GMCS Superintendent set to retire**

*By Molly Ann Howell*

*Managing Editor*

**EXHIBIT F**

After eight years of service, Mike Hyatt, the superintendent of Gallup-McKinley County Schools, will retire at the end of the school year. The district made the announcement in a press release issued Aug. 1.

"It has been a great honor to serve our students of McKinley County in this capacity," he said in a public statement. "The students, staff, and people of our community are truly amazing. I'm deeply grateful to the GMCS school board for their support, student-focused leadership, and for driving GMCS to thrive through a shared vision of what's possible for our students."

During the recent annual New Mexico School Superintendents Association meeting, Hyatt was recognized as one of the longest-serving superintendents in the state.

In an interview with the *Sun*, Hyatt said that while he is unsure of his next career move, he had always considered his ninth year to be his last as Superintendent. As his final year begins, the *Sun* is taking a look back at his career.

Hyatt didn't originally plan a career in education; after graduating from high school, he was considering professions in architecture, engineering, or the medical field.

ADVERTISING



**EXHIBIT F**

However, his life changed when he began helping a professor teach a math course. The experience led him to become a math tutor for other college students, and it was while teaching the class in the professor's absence that he discovered his passion for education.

He graduated from the University of New Mexico with a bachelor's degree in chemistry and a minor in mathematics. He began his teaching career with GMCS as a math teacher at Gallup High School, where he also led the Gallup girls' basketball teams to state championships in 2005 and 2006. Following his time at Gallup High, he moved on to Ramah High School.

After teaching, coaching, and serving as the GMCS athletic director, Hyatt pursued a master's in business administration from Western New Mexico University. Upon completing the program in 2009, he accepted a position as an assistant principal at the Zuni Public School District.

He was promoted to high school principal at the Zuni Public School District, where he also served as acting superintendent during the superintendent's absence. After five years at Zuni, he returned to GMCS as Assistant Superintendent of Business and Human Resources, eventually becoming superintendent in December 2016.

Reflecting on his nearly nine-year tenure as Superintendent, Hyatt said that his favorite part of the job was the people he worked with and the opportunities they provided for students.

"I work with a lot of great people in our district, a great staff that do a great job," he said. "I've also enjoyed the students and their successes. I've seen a lot of success in the district with academic growth, and opportunities to make things more fair and equitable across the district. We've thought outside the box about things that give our students more opportunities and choice in their education. Those types of things and those challenges have been exciting for me."

Meanwhile, the GMCS school board is now tasked with finding Hyatt's successor. In an interview with the *Sun*, Board President Christopher Mortenson said that he and the other board members would meet with the district's attorney to determine a process that complies with all board policies and procedures.

**EXHIBIT F**

"Mike has been gracious to give us enough time to make a good decision and we want to make sure that we're able to keep the momentum going that we have," Mortenson said.

He also said that he would miss working with Hyatt.

"We will 100% miss Mike. I will miss him a lot, I've become a very close friend of his, I like him, our kids went to school together, I've known him a very long time," he said. "We're gonna miss him; however, he has designed the school district to where it shouldn't miss a beat. If we can select someone that's like-minded, the school district shouldn't miss a beat, and that's the plan, that's what we want."

The school board's next two meetings are scheduled for Sept. 8 and 29.

Featured



**Gallupsun Staff**

**Related Posts**

**Walk to End Alzheimer's comes to Gallup Sept. 27**

SEPTEMBER 25, 2025

**New Mexico's unemployment rate was 4.1% in August**

SEPTEMBER 22, 2025

**City of Gallup announces street closure**

SEPTEMBER 21, 2025

**District Court grants authority to Special Prosecutor to investigate ZenniHome, Native Community Capital cases**

**EXHIBIT F**

SEPTEMBER 20, 2025

## Council Speaker, Delegate speak for victims at Southwestern Uranium Convention

SEPTEMBER 20, 2025

## Senate rejects both parties' bills to avoid a government shutdown

SEPTEMBER 19, 2025

---

ADD A COMMENT

---

## Don't Miss

## Walk to End Alzheimer's comes to Gallup Sept. 27

BY **GALLUP SUN PUBLISHING** — SEPTEMBER 25, 2025

Loved ones, caregivers, and supporters of New Mexicans living with Alzheimer's disease will gather Sept....

### New Mexico's unemployment rate was 4.1% in August

SEPTEMBER 22, 2025

### City of Gallup announces street closure

SEPTEMBER 21, 2025

### GGEDC receives the 'Rural Project of the Year' award

SEPTEMBER 21, 2025

## Stay In Touch

f  Facebook

X  Twitter

P  Pinterest

◎  Instagram

▶  YouTube

V  Vimeo

**EXHIBIT F**

## Our Picks

**Walk to End Alzheimer's comes to Gallup Sept. 27**

SEPTEMBER 25, 2025

**New Mexico's unemployment rate was 4.1% in August**

SEPTEMBER 22, 2025

**City of Gallup announces street closure**

SEPTEMBER 21, 2025

**GGEDC receives the 'Rural Project of the Year' award**

SEPTEMBER 21, 2025



# Subscribe to Updates

Get the latest creative news from SmartMag about art & design.

Your email address..

SUBSCRIBE

☐ By signing up, you agree to the our terms and our Privacy Policy agreement.

**EXHIBIT F**





© 2025 ThemeSphere.

.