SOS HOME PAGE    VOTER INFORMATION PORTAL

Select Language ▼

## 2025 Regular Local Election 11/04/2025 - Voter Registration Information

My Districts

My Polling Location

My Sample Ballot

My Absentee Application & Ballot Tracker

My Voting History

My County Clerk

Voter Name: **MICHAEL D HYATT**
Residence Address: **1124 BOGGIO DR GALLUP NM, 87301**

Voter ID: **313343**
Status: **Active**
Status Reason: **Active Registrant**

Party: **NO PARTY/DECLINED TO SELECT**
Precinct Name: **PRECINCT 56**
ID Required for Voting: **No**
Permanent Absentee: **No**

**My Voting History** - Below are elections you have participated in. For questions about voting in New Mexico, click here: Voting | New Mexico Secretary of State

| Election Date | Election Type | Election Name | Vote Type | Voted Where | |
|---|---|---|---|---|---|
| 11/05/2024 | General | GENERAL 2024 | Early Vote | EV McKinley County Courthouse - Clerk's Office | Election Results |
| 11/07/2023 | Local | 2023 Regular Local Election | Election Day | VCC 5 McKinley County Courthouse Rotunda | Election Results |
| 11/08/2022 | General | 2022 GENERAL | Early Vote | EV McKinley County Courthouse - Clerk's Office | Election Results |
| 11/02/2021 | Local | Regular Local Election | Early Vote | EV McKinley County Courthouse - Clerk's Office | Election Results |
| 11/03/2020 | General | 2020 GENERAL | Early Vote | EV McKinley County Courthouse - Clerk's Office | Election Results |
| 11/06/2018 | General | 2018 GENERAL | Election Day | VCC McKinley County Courthouse Rotunda | Election Results |
| 02/07/2017 | School | SC2017 | Early Vote | EV ROTUNDA | Election Results |
| 11/08/2016 | General | GENERAL 2016 | Early Vote | EV ROTUNDA | Election Results |
| 11/06/2012 | General | GENERAL 2012 | Polling Place | RAMAH FIRE STATION | Election Results |
| 11/02/2010 | General | GENERAL 2010 | Polling Place | RAMAH FIRE STATION | Election Results |
| 11/04/2008 | General | GENERAL 2008 | Polling Place | RAMAH FIRE STATION | Election Results |
| 11/07/2006 | General | GENERAL ELECTION | Polling Place | RAMAH FIRE STATION | Election Results |
| 11/02/2004 | General | GENERAL ELECTION | Polling Place | RAMAH FIRE STATION | Election Results |
| 02/04/2003 | School | 03SCHOOL | Polling Place | RAMAH FIRE STATION | Election Results |
| 11/05/2002 | General | GENERAL - GUBERNATORIAL | Polling Place | RAMAH FIRE STATION | Election Results |
| 11/07/2000 | General | GENERAL - PRESIDENTIAL | Polling Place | | Election Results |
| 02/08/2000 | School Bond-SB | SCHOOL BOND ELECTION | Polling Place | | Election Results |

New Search

**EXHIBIT G**

New Mexico Office of the Secretary of State

New Mexico Capitol Annex North / 325 Don Gaspar, Suite 300 / Santa Fe, NM 87501

(505) 827-3600 / (800) 477-3632 / Email SOS Elections

Visit Secretary of State Website    Contact your County Clerk    Voter Registration Information    Military & Overseas Voters Information

**EXHIBIT G**