

**DECLARATION OF JAMES RHYU**

I, James Rhyu, declare as follows:

1.    I am over eighteen (18) years of age and am competent to testify to the matters contained herein.

2.    I currently reside in Florida.

3.    I have lived in Florida for 3 years.

4.    I am registered to vote in Florida and I have voted in Florida for 0 years. *HAVE NOT VOTED BUT AM REGISTERED*

5.    I have owned real property in Florida since 2022 In addition, virtually all of my personal property is located in Florida.

6.    I have a Florida drivers' license, which I obtained in 2022, and my car is registered in Florida.

7.    I intend to remain in Florida.

8.    I consider myself to have been domiciled in Florida and a citizen of the state of Florida since 2022

9.    I am a citizen of the United States of America.

10.    I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: 9/26/2025, in the United States of America.

_____
James Rhyu

**EXHIBIT H**