### DECLARATION OF PETER STEWART

I, Peter Stewart, declare as follows:

1.  I am over eighteen (18) years of age and am competent to testify to the matters contained herein.

2.  I currently reside in Montana.

3.  I have lived in Montana for twenty years.

4.  I am registered to vote in Montana and I have voted in Montana for twenty years.

5.  I have owned real property in Montana since 2007. In addition, virtually all of my personal property is located in Montana.

6.  I have paid Montana state taxes since 2005.

7.  I have a Montana drivers' license, which I obtained in 2005, and my car is registered in Montana.

8.  I intend to remain in Montana.

9.  I consider myself to have been domiciled in Montana and a citizen of the state of Montana since 2005.

10. I am a citizen of the United States of America.

11. I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: September 26, 2025, in the United States of America.

_____
Peter Stewart

**EXHIBIT I**