<u>DECLARATION OF RYAN STUTLER</u>

I, Ryan Stutler, declare as follows:

1. I am over eighteen (18) years of age and am competent to testify to the matters contained herein.

2. I currently reside in Tennessee.

3. I have lived in Tennessee for 14 years.

4. I am registered to vote in Tennessee and I have voted in Tennessee for 1 year.

5. I have owned real property in Tennessee since 2013. In addition, virtually all of my personal property is located in Tennessee.

6. I have a Tennessee drivers' license, which I obtained in 2011, and my car is registered in Tennessee.

7. I intend to remain in Tennessee.

8. I consider myself to have been domiciled in Tennessee and a citizen of the state of Tennessee since 2011.

9. I am a citizen of the United States of America.

10. I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: 9-24-2025, in the United States of America.

_____
Ryan Stutler

**EXHIBIT J**