## DECLARATION OF ADAM HAWF

I, Adam Hawf, declare as follows:

1. I am over eighteen (18) years of age and am competent to testify to the matters contained herein.

2. I currently reside in Louisiana.

3. I have lived in Louisiana for more than 10 years.

4. I am registered to vote in Louisiana and I have voted in Louisiana for more than 10 years.

5. I have owned real property in Louisiana since 2015. In addition, virtually all of my personal property is located in Louisiana.

6. I have paid Louisiana state taxes for more than 10 years.

7. I have a Louisiana drivers' license, which I obtained more than 10 years ago, and my car is registered in Louisiana.

8. I intend to remain in Louisiana.

9. I consider myself to have been domiciled in Louisiana and a citizen of the state of Louisiana since 2011.

10. I am a citizen of the United States of America.

11. I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: September 28, 2025, in the United States of America.



Adam Hawf

**EXHIBIT K**