IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BOARD OF EDUCATION FOR THE GALLUP-
McKINLEY COUNTY SCHOOLS and
MICHAEL HYATT as its Superintendent of
Schools,

            Plaintiffs,

v.                                                                                      Case No. 1:25-cv-00890-MLG-DLM

STRIDE, INC., a Delaware Corporation d/b/a K12         **JURY DEMANDED**
VIRTUAL SCHOOLS, LLC, JAMES RHYU, as
the Chief Executive Officer and Chair of the Board
of Directors of Stride, Inc., PETER STEWART As
the Senior Vice President of School Development
for Stride, Inc., RYAN STUTLER, as the Vice
President of Finance for Stride, Inc., and ADAM
HAWF, as its Superintendent of Schools,

            Defendants.

## **PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs, Board of Education for the Gallup-McKinley Schools and Michael Hyatt, as its Superintendent of Schools, by and through their attorneys of record, Andrew M. Sanchez of Himes, Petrarca & Fester, Chtd., hereby move, pursuant to RULE 65 of the FEDERAL RULES OF CIVIL PROCEDURE, for entry of a preliminary injunction to enjoin the arbitration proceedings brought by Defendant Stride until this Court can determine the validity of the Arbitration Agreement between the Parties. In Support of this Motion, the Plaintiffs have filed a Memorandum Brief contemporaneously with this Motion with all supporting facts and legal argument.

Opposing counsel was contacted regarding this Motion, and it is considered opposed.

WHEREFORE, Plaintiffs respectfully request that this Cout schedule a preliminary injunction hearing for the earliest available opportunity and grant a preliminary injunction enjoining the proceedings in the ancillary arbitration until this Court rules on the validity of the Arbitration Agreement.

Respectfully submitted,

HIMES, PETRARCA & FESTER, CHTD.

By: /s/ Andrew M. Sanchez
 ANDREW M. SANCHEZ
 5051 Journal Center Blvd. NE, Suite 320
 Albuquerque, New Mexico  87109
 (505) 259-2069
 asanchez@edlawyer.com

**ATTORNEYS FOR THE BOARD OF EDUCATION FOR THE GALLUP-MCKINLEY COUNTY SCHOOLS AND SUPERINTENDENT OF SCHOOLS MICHAEL HYATT**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed through the Court's CM/ECF system, which caused all counsel of record to be served via electronic means on December 13, 2025, as more fully reflected on the Notice of Electronic Filing.

HIMES, PETRARCA & FESTER, CHTD.

By: /s/ Andrew M. Sanchez
 ANDREW M. SANCHEZ