| | |
|---|---|
| From: | gebo7 <gebo7@protonmail.com> |
| Sent: | Monday, May 5, 2025 5:30 PM |
| To: | Tager, Geoffrey, PED |
| Cc: | Lozano, Miguel, PED |
| Subject: | [EXTERNAL] Re: Subject: Confidential Complaint Regarding Violation of State Law/Statue and Misuse of Public Education Funds |

You don't often get email from gebo7@protonmail.com. Learn why this is important

CAUTION: This email originated outside of our organization. Exercise caution prior to clicking on links or opening attachments.

I am following up on the below email. Please confirm receipt thank you.

Gerald

**EXHIBIT A**

On Fri, May 2, 2025 at 1:56 PM, gebo7 < gebo7@protonmail.com> wrote:

NMPED Emails

Subject: Confidential Complaint Regarding Violation of State Law/Statue and Misuse of Public Education Funds

Dear Geoffrey Tager,

I am submitting this complaint as a concerned employee of a for-profit publicly traded education service provider called Stride Inc. that receives New Mexico public school funding. I am requesting confidentiality and whistleblower protection under Statute Whistleblower Protection Act, N.M.Stat.Ann.10-16C-1(2012); Governmental Conduct Act-N.M. Stat.Ann. 10-16-1(2012)Fraud Against Taxpayers Act N.M. Stat. Ann.44-9-1 (2012).

I believe my employer has committed one or more violations of state statute 22-10A-20, which directly affects lawful use of public education funds and/or delivery of educational services to students.

Summary of Concerns:

- The company receives public funding through Gallup-McKinley County Schools.
- I have observed and have been made aware of the intentional increases in student/teacher ratios in order to increase profit margins.
- I believe this conduct violates state statute 22-10A-20 and potentially defrauds public taxpayers or deprives students of services they are legally entitled to receive.

Supporting information:

- Dates of 2 zoom calls that I attended. The first was on or around October 15, 2024. On the call were the Vice President of Finance Ryan Stutler, Portfolio Vice President Sheila Sheibler, Regional Finance Manager Conrad Michka, FP & A Director Mike Ronquillo. I told the Vice President of Finance that we were out of compliance with state statute 22-10A-20 related to student teacher ratios and that the Superintendent of GMCS had stated to me and the Portfolio Vice President 2 years ago, the 22-23 school year, that we could not be out of

1

compliance with state statute 22-10A-20 moving forward. I told the Vice President of Finance that we currently had many teachers over student/teacher ratios, he was well aware of this and we need our positions requested to be approved now as we had around 30 teachers over ratio/out of compliance with the statue and that we needed to hire now, as I had been asking since July, with email documentation starting Sept 30$^{th.}$ At the upcoming 40th day report we had around 30 teachers over state mandated ratios/compliance. I told the Vice President of Finance that this needed to be corrected now so that we would have teachers hired and working by the 80th day, which was the next NMPED reporting date and that did not happen as the Vice President of Finance would not approve the needed positions to allow me to hire the adequate staff by the 80th to be in compliance. At the 80th day we had approximately 50 teachers out of compliance with state statute 22-10A-20. At some point in March, we were out of compliance with the statue by 80 teachers. The continuous increase of teachers being out of compliance was because I was not allowed by the Vice President of Finance, as he is the approver of job requisition positions, to post positions to meet state statute 22-10A-20.

- Zoom call number 2 was on or around March 4th. The purpose of the call was to go over my projected profit margin for the 25-26 school year. My projected margin was too low according to the Vice President of Finance Ryan Stutler, who is over all our schools nationwide financially. I told him that our current student/teacher ratios had us at 82 teachers being out of compliance, worse than the 40 day count(over ratios/compliance) and that we needed to hire now, as I had been asking since July, with email documentation starting Sept 30th, let alone the Vice President of Finance telling me we had to cut staff for next year to meet my projected profit margin. Also on the call were the Regional Finance Manager Conrad Michka, FP & A Director Mike Ronquillo, Portfolio Vice President Sheila Sheibler. At this meeting it was also discussed about the fact that I had met with GMCS Deputy Superintendent Jvanna Hanks and Data Analyst Kyle Wood and they shared we had 82 teachers over ratio. This meeting took place with GMCS on Feb 3rd. Via email and communication with finance on Feb 6th, finance was notified of the out of compliance with state statute 22-10A-20.
- Individuals involved in not allowing me to hire staff to be in compliance with state statute 22-10A-20: Vice President of Finance, Ryan Stutler as he is the approver of all positions.
- Evidence of available emails are included, witnesses' names: Kellen McDonald Finance, Conrad Michka Finance, Mike Ronquillo Finance, Adam Hawf Superintendent of Schools, Sheila Shiebler Portfolio Vice President, Jameson Taylor People Experience Personnel (HR), Sean Wootton Principal, Clint Evans Principal, Daniel Diamond Principal, Shelbi Simeone-Montoya Principal.
- Email documentation will show how I requested the hiring of additional teachers, their current ratios and stated several times we had to be in compliance and how we were over the legal ratios.
- My boss Sheila Sheibler Portfolio Vice President has detailed documentation of her meetings with Vice President of Finance, Ryan Stutler of his refusal to hire teachers at NMDCA.
- Ryan Stutler told me personally and my boss, Sheila Sheibler at other times that the statue would allow us to do a daily count, as in a teacher could teach 160 unique students each day of the week, so we are not in violation of the statute. He also said we could have an A B schedule where teachers taught 160 students 2 days per week and then teach a completely new group of 160 students the other 2 days per week and not be in violation of the statute. We explained to him that we have to follow the state statute for student teacher ratios and that they cannot exceed what is in the statute tied to the teacher of record.
- I was on a zoom call on April 3rd with the following people: Donna Blackman Chief Financial Officer, John Grothaus Stride Legal Counsel, Janice Grunberg EVP, K12 Operations, James Rhyu CEO and Board Chair, Ryan Stutler Vice President of Finance, Sanda Ha Finance, Adam Hawf Superintendent of Schools and Greer McMullen General Counsel and Secretary. On that call James Rhyu, CEO of Stride Inc, stated no one was going to get fired for this and that the company did go too far from a financial standpoint related to teachers not being hired at NMDCA.
- On April 8th I was on a zoom call with Bryan Flood SVP Chief Public Affairs Officer, Randall Greenway School Development, John Grothaus attorney, Janice Gruneberg, Adam Hawf, Greer McMullen, James Rhyu, Ryan Stutler, Donna Blackman, Sandra Ha and Peter Stewart SVP School Development. Bryan Flood mentioned Stride Inc had a similar problem in

- Kentucky, although this was worse in New Mexico because we violated state statute because class loads/course loads are plainly spelled out in New Mexico state statute. Peter Stewart said the company should attack first publicly and Stride Inc. should develop a strategy for that. James Rhyu said the Superintendent was in over his skis on this issue.
- As of April 30th, we are in need of an additional/around 50 teachers to be in compliance with state statute 22-10A-20 in grades K-12 for the current school year.

I want to be clear; I have no problem with my company making a profit. I do have a problem when they intentionally violate a state statute so they can improve their profit margins.

Please confirm receipt of this request. I am willing to cooperate further but request that my identity be protected to the furthest extent based on the law cited in the beginning of this letter. I 100% want to remain anonymous to my current employer Stride Inc, they are a billion-dollar company with many resources to harm me. I will add that a few people at NMPED have a relationship with at least 2 Stride employees, Peter Stewart and Randall Greenway. Peter and Randall have said in multiple meetings I have been in with them that they have relationships with people in the NMPED SPED offices.  Also, JD Bullington is a powerful lobbyist in Santa Fe and is a lobbyist for Stride Inc. and has connections within the NMPED.  I can't stress enough to please keep this information and my name confidential.

I am requesting an in-person interview with you before you move forward with anything as I can't stress enough the confidentiality of my name.

Sincerely, Gerald Horacek

## RE: NMDCA Staffing Update

**Shiebler, Sheila**
To: Horacek, Gerald; Hawf, Adam

3/6/2025

ⓘ You replied to this message on 3/6/2025 4:05 PM.

Hey friends – any further progress today?

---

**From:** Shiebler, Sheila <sshiebler@k12.com>
**Date:** Wednesday, March 5, 2025 at 2:29 PM
**To:** Hawf, Adam <ahawf@k12.com>
**Cc:** Horacek, Gerald <ghoracek@k12.com>
**Subject:** NMDCA Staffing Update

Hi Adam,

Per your request, below is a summary of the status on NMDCA hiring:

As of today, I see 9 positions ready for hire: 5 starting 3/10, 2 starting 3/24 and 2 starting 3/30. There are an additional 11 positions posted and in various stages of recruitment/interviewing process: 4 in background check, 1 in the offer stage, and the remaining in recruitment, screening and assessment stages.

Sheila



### RE: NMDCA Staffing Update

**Shiebler, Sheila**
To: Horacek, Gerald; Hawf, Adam

You replied to this message on 3/6/2025 4:05 PM.

3/6/2025

---

**From:** Hawf, Adam <ahawf@k12.com>
**Sent:** Thursday, March 6, 2025 1:25 PM
**To:** Shiebler, Sheila <sshiebler@k12.com>
**Cc:** Horacek, Gerald <ghoracek@k12.com>
**Subject:** Re: NMDCA Staffing Update

Hey friends – any further progress today?

---

**From:** Shiebler, Sheila <sshiebler@k12.com>
**Date:** Wednesday, March 5, 2025 at 2:29 PM
**To:** Hawf, Adam <ahawf@k12.com>
**Cc:** Horacek, Gerald <ghoracek@k12.com>
**Subject:** NMDCA Staffing Update

Hi Adam,

Per your request, below is a summary of the status on NMDCA hiring.

As of today, I see 9 positions ready for hire: 5 starting 3/10, 2 starting 3/24 and 2 starting

## RE: NMDCA Staffing Update

**Shiebler, Sheila**
To: Horacek, Gerald; Hawf, Adam

3/6/2025

ⓘ You replied to this message on 3/6/2025 4:05 PM.

**From:** Horacek, Gerald
**Sent:** Thursday, March 6, 2025 2:00 PM
**To:** Hawf, Adam <ahawf@k12.com>; Shiebler, Sheila <sshiebler@k12.com>
**Subject:** RE: NMDCA Staffing Update

We are waiting on Conrad then Ryan to approve 1 HS math, 1 HS CTE information technology, 1 ES 3rd grade, 1 HS SPED and 1 MS Sped.

**Gerald Horacek**
Executive Director
Destinations Career Academy New Mexico

**K12**
A Stride Company

ghoracek@k12.com | stridelearning.com

**From:** Hawf, Adam <ahawf@k12.com>
**Sent:** Thursday, March 6, 2025 1:25 PM
**To:** Shiebler, Sheila <sshiebler@k12.com>



# RE: NMDCA Staffing Update

**Shiebler, Sheila**
To: Horacek, Gerald; Hawf, Adam

3/6/2025

You replied to this message on 3/6/2025 4:05 PM.

Thanks, Gerald. Not sure if ES was included in your AA's update.

I just looked in Workday and see 11 hired, awaiting start dates, 3 in background check, 3 in the offer stage, and 4 ES teachers in the recruiting stage.

From: Horacek, Gerald <ghoracek@k12.com>
Sent: Thursday, March 6, 2025 2:52 PM
To: Hawf, Adam <ahawf@k12.com>; Shiebler, Sheila <sshiebler@k12.com>
Subject: RE: NMDCA Staffing Update

Follow up on current positions, according to my AA's all have been filled, doesn't mean they have started but offered and accepted, so we are only waiting on the below positions to be approved and then the JR will be created by the AA's.

That should put us in pretty good shape related to ratio's

Gerald Horacek
Executive Director
Destinations Career Academy New Mexico