| | |
|---|---|
| **From:** | Wendy Olivas |
| **Sent:** | Wednesday, August 27, 2025 11:04 AM |
| **To:** | 'Laura Sanchez'; 'Nelson Franse'; 'Krystle Thomas'; 'Jack Brant'; 'Luis Carrasco'; 'csuniga@rodey.com' |
| **Cc:** | Andrew M. Sanchez |
| **Subject:** | Tort Claims Complaint |
| **Attachments:** | 2025-08-27 Verified Complaint vs Stride for Tort Claims.pdf |

Good morning.

Attached is the endorsed copy of a Verified Complaint against your clients for various tort claims.

Thank you.

**WENDY C. OLIVAS**
**LEGAL ASSISTANT & PARALEGAL**



**C: (505) 306-8568**
5051 Journal Center Blvd., NE, Suite 320
Albuquerque, NM 87109

Visit Us! **www.edlawyer.com**

CONFIDENTIALITY NOTE
This message contains confidential information intended only for use of the person named above and may contain communication protected by the attorney-client privilege. If you have received this message in error, you are hereby notified that dissemination, distribution, copying or other use of this message is prohibited and you are requested to notify the sender of the message immediately at the telephone number or email address listed above and delete this message and copies of backups thereof.

EXHIBIT B