**ALERT: WINTER WEATHER IN THE GREAT LAKES AND NORTHEASTERN US, AND FLOODING IMPACTS IN THE PACIFIC NORTHWEST US MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE › (HTTPS://ABOUT.USPS.COM/NEWSROOM/SERVICE-ALERTS/)**

# USPS Tracking®

FAQs ›

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:**

## 9402640109628000204188

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 11:21 am on December 20, 2025 in RESTON, VA 20190.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
RESTON, VA 20190
December 20, 2025, 11:21 am

● **Out for Delivery**
RESTON, VA 20190
December 20, 2025, 7:55 am

● **Arrived at Post Office**
RESTON, VA 20190
December 20, 2025, 7:44 am

● **Departed USPS Regional Facility**
DULLES VA DISTRIBUTION CENTER
December 20, 2025, 6:03 am

● **Arrived at USPS Regional Destination Facility**
DULLES VA DISTRIBUTION CENTER
December 20, 2025, 4:18 am

● **In Transit to Next Facility**
December 19, 2025

● **Arrived at USPS Regional Origin Facility**
ALBUQUERQUE NM DISTRIBUTION CENTER
December 18, 2025, 11:42 pm

● **USPS in possession of item**
ALBUQUERQUE, NM 87114
December 18, 2025, 11:57 am

● **Shipping Label Created, USPS Awaiting Item**
ALBUQUERQUE, NM 87109
December 18, 2025, 6:13 am

● Hide Tracking History

Feedback

**What Do USPS Tracking Statuses Mean?**
(https://faq.usps.com/s/article/Where-is-my-package)

EXHIBIT H

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

[ FAQs ]