IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BOARD OF EDUCATION FOR THE GALLUP-McKINLEY COUNTY SCHOOLS and MICHAEL HYATT as its Superintendent of Schools,

        Plaintiffs,

v.

STRIDE, INC., a Delaware Corporation d/b/a K12 VIRTUAL SCHOOLS, LLC, JAMES RHYU, as the Chief Executive Officer and Chair of the Board of Directors of Stride, Inc., PETER STEWART As the Senior Vice President of School Development for Stride, Inc., RYAN STUTLER, as the Vice President of Finance for Stride, Inc., and ADAM HAWF, as its Superintendent of Schools,

        Defendants.

Case No. 1:25-cv-00890-MLG-DLM

**JURY DEMANDED**

## DECLARATION OF JVANNA L. HANKS, II

I hereby declare as follows:

1. I am over the age of eighteen and have personal knowledge of the facts contained herein.

2. I am and have been the Assistant or Deputy Superintendent at Gallup-McKinley County Schools at all times relevant to the claims in this case.

3. In my role, I am responsible for supervising and negotiating contractual terms and understand what the negotiated terms were of the contract between Gallup-McKinley County Schools and Stride, Inc./K-12 Virtual Schools, LLC.

4. I have firsthand knowledge of the negotiations and the intent and expectations of the Parties in executing the Contract at issue and whether there was meeting of the minds as these terms and expectations.

5. I am further responsible for the oversight of the executed contracts including ensuring that our contractors are performing satisfactorily under the executed contract.

6. There is no other witness that has this type of first-hand knowledge of the negotiations between Stride, Inc./K-12 Virtual Schools, LLC and Gallup-McKinley County Schools that led to the fully executed contract in June of 2020 during the COVID Pandemic.

7. My mother has a long-standing, chronic, and life-threatening medical condition.

8. On Monday, she also acquired a virus that further complicated her existing medical condition.

9. On Monday, she was taken to a hospital in Lubbock, Texas and admitted on Tuesday due to her serious condition requiring ongoing extensive care.

10. Although I do have a sibling, my sibling also has the viral infection and cannot be with my mother to allow me to travel.

11. Due to the nature of my contact with my family at this time, I have also been exposed to the viral infection and, although I do not currently show symptoms, it is entirely probable that I am a carrier of said highly contagious viral infection.

12. I declare under penalty of perjury that the foregoing is true and correct.

By: _____*Telephonically approved at 9:57 a.m.*_____     _____January 7, 2026_____
Jvanna L. Hanks, II, Deputy Superintendent                                    Date
Gallup-McKinley County Schools