IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BOARD OF EDUCATION FOR THE GALLUP-McKINLEY COUNTY SCHOOLS and MICHAEL HYATT as its Superintendent of Schools,

        Plaintiffs,

v.

STRIDE, INC., a Delaware Corporation d/b/a K12 VIRTUAL SCHOOLS, LLC, JAMES RHYU, as the Chief Executive Officer and Chair of the Board of Directors of Stride, Inc., PETER STEWART As the Senior Vice President of School Development for Stride, Inc., RYAN STUTLER, as the Vice President of Finance for Stride, Inc., and ADAM HAWF, as its Superintendent of Schools,

        Defendants.

Case No. 1:25-cv-00890-MLG-DLM

JURY DEMANDED

**PLAINTIFFS' WITNESS AND EXHIBIT LISTS FOR THE MOTIONS HEARING ON FEBRUARY 20, 2026**

    COME NOW Plaintiffs, Board of Education for the Gallup-McKinley Schools and Michael Hyatt, as its Superintendent of Schools, by and through their attorneys of record, Andrew M. Sanchez of Himes, Petrarca & Fester, Chtd., and provides its witness and exhibit list for the Motions Hearing [*Doc. 62*] on Plaintiffs' Motion for Preliminary Injunction [*Docs. 40-41*] and Defendant's Motion to Compel Arbitration [*Doc 8*] as follows:

I.    **WITNESS LIST**

    **WILL CALL:**

    1.  Jvanna Hanks II, Deputy Superintendent, Gallup-McKinley County Schools; and

    2.  Katherine Crisler, Assistant Superintendent and Chief Procurement Officer.

**MAY CALL**

1. Mike Hyatt, Superintendent, Gallup-McKinley County Schools.

2. Gerald Horacek; and

3. Marco Abeita, former Procurement Official at Gallup-McKinley County Schools.

II.   **EXHIBIT LIST**

1. Board of Education Award of RFP for RFP-394-20MA;

2. RFP-394-20MA for Virtual School issued on 11/13/2019 with offers due by 12/11/2019;

3. Documentation of Board of Education award of RFP-394-20MA on 01/21/2020;

4. E-Mail chain between R. Greenway and M. Abeita of January 2020;

5. E-mail of January 28, 2020 between R. Greenway and M. Abeita with standard contract as attachment;

6. Documents related to Deposition of Gerald Horacek, if necessary;

7. EPSA Contract; and

8. Copy of RULE 11 Safe Harbor Letter to Defendants' Counsel.

Respectfully submitted,

HIMES, PETRARCA & FESTER, CHTD.

By:   */s/ Andrew M. Sanchez*
   ANDREW M. SANCHEZ
   5051 Journal Center Blvd. NE, Suite 320
   Albuquerque, New Mexico  87109
   (505) 259-2069
   asanchez@edlawyer.com

   **ATTORNEYS FOR THE BOARD OF EDUCATION FOR THE GALLUP-MCKINLEY COUNTY SCHOOLS AND SUPERINTENDENT OF SCHOOLS MICHAEL HYATT**

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was electronically filed through the Court's CM/ECF system, which caused all counsel of record to be served via electronic means on January 30, 2026, as more fully reflected on the Notice of Electronic Filing.

HIMES, PETRARCA & FESTER, CHTD.

By:   */s/ Andrew M. Sanchez*
       ANDREW M. SANCHEZ