IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**BOARD OF EDUCATION FOR**
**THE GALLUP-MCKINLEY COUNTY**
**SCHOOLS and MICHAEL HYATT as**
**its Superintendent of Schools,**

       **Plaintiffs,**

v.                                     Case No. 1:25-cv-00890-MLG-DLM

**STRIDE, INC., a Delaware limited liability**
**company d/b/a K12 VIRTUAL SCHOOLS,**
**LLC, JAMES RHYU, as the Chief**
**Executive Officer and Chair of the Board of**
**Directors of Stride, Inc., PETER STEWART**
**As the Senior Vice President of School**
**Development for Stride, Inc., RYAN**
**STUTLER, as the Vice President of Finance**
**for Stride, Inc., and ADAM HAWF, as its**
**Superintendent of Schools,**

       **Defendants.**

## POTENTIAL WITNESS AND EXHIBIT LIST

Pursuant to the agreed-upon schedule below, K12 submits the following list of potential witnesses and exhibits for the hearing based on its motion to compel arbitration:

K12 does not intend to call any witnesses at the February 20, 2026, hearing in support of its motion to compel arbitration. K12 may use the following exhibits at the hearing in support of its motion to compel:

1. The District's 1/28/20 RFP award letter, 1/13/20 RFP evaluation letter, and minutes from the Board's 1/21/20 meeting discussing the RFP award
2. EPSA Contract
3. The District's response to K12's motion for TRO
4. The 5/16/25 TRO hearing transcript

1

5. Agenda and minutes from the Board's 5/16/25 Meeting

6. K12's Demand for Arbitration

7. The District's Answer to K12's Demand for Arbitration and Answering Statement and Counterclaim Form

8. K12's Amended Demand for Arbitration

9. The District's Amended Answer to K12's Amended Demand for Arbitration and Amended Counterclaims

10. The AAA Panel's Procedural and Scheduling Order No. 1

11. K12's Second Amended Statement of Claims

12. District's Second Amended Answer and Second Amended Counterclaims

13. November 5, 2025 Letter from District to Tribunal Objecting to Provisions of Contract

14. Exhibit 1 to the District's response to the motion to compel arbitration (NM Case Lookup screenshot) and copies of the complaints for each of those cases

15. K12 also intends to provide courtesy copies of the briefing on its motion to compel arbitration and certain cases cited by the parties in their respective briefs

Although not directly related to K12's motion to compel arbitration, the following exhibits were previously disclosed by K12 to the District, and K12 may use them to rebut arguments it anticipates the District will make in connection with its motion for preliminary injunction:

1. Email correspondence between K12's attorney and the District's attorney regarding the language of the EPSA and redline versions of the EPSA attached to these emails, along with custodian affidavits verifying the authenticity of the same

Pursuant to the parties' stipulated schedule, on February 6, 2026, K12 will disclose any witnesses and further exhibits that it may use at the February 20, 2026, hearing directed at the District's motion for preliminary injunction.

Respectfully submitted,

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By _____/s/ Krystle A. Thomas_____
    Nelson Franse
    Krystle A. Thomas
    Laura E. Sanchez
    Jack Brant
P. O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
nfranse@rodey.com
kthomas@rodey.com
lsanchez@rodey.com
jbrant@rodey.com

*Attorneys for Defendant Stride, Inc./K12 Virtual Schools LLC*

CERTIFICATE OF SERVICE

    I hereby certify that on February 2, 2026, I filed the foregoing pleading electronically through the Court's CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By _____/s/ Krystle A. Thomas_____
    Krystle A. Thomas

5136928v1