**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

BOARD OF EDUCATION FOR
THE GALLUP-MCKINLEY COUNTY
SCHOOLS and MICHAEL HYATT as
its Superintendent of Schools,

        Plaintiffs,

v.                                      Case No. 1:25-cv-00890-MLG-DLM

STRIDE, INC., a Delaware limited liability
company d/b/a K12 VIRTUAL SCHOOLS,
LLC, JAMES RHYU, as the Chief
Executive Officer and Chair of the Board of
Directors of Stride, Inc., PETER STEWART
As the Senior Vice President of School
Development for Stride, Inc., RYAN
STUTLER, as the Vice President of Finance
for Stride, Inc., and ADAM HAWF, as its
Superintendent of Schools,

        Defendants.

## STRIDE, INC./K12 VIRTUAL SCHOOLS LLC'S SUPPLEMENTAL POTENTIAL WITNESS AND EXHIBIT LIST

        Pursuant to the parties' agreed-upon schedule, Stride, Inc./K12 Virtual Schools LLC ("K12") submits the following list of supplemental potential witness and exhibits that it may use during the February 20, 2026, hearing based on Plaintiffs' January 30, 2026, Supplemental Brief in Support of Preliminary Injunction:

    A. May Call Witnesses

        i.    Randall Greenway, Vice President School Development, K12

        ii.    Stephen Goldman, former Senior Associate General Counsel, K12

        iii.    Mike Hyatt, Superintendent, Gallup-McKinley County Schools

B. Exhibits

　　i. May 15, 2025, Letter from the AAA to the Parties

　　ii. AAA Commercial Arbitration Rules

　　iii. PowerPoint presentation by Randall Greenway to the District

　　iv. K12's March 13, 2020, Cost Proposal to the District

　　v. K12's April 23, 2020, Funding Scenarios and Explanation Document

　　vi. Email correspondence between Randall Greenway and the District:

　　　　a. February 8, 2023, email string between Randall Greenway, Gerald Horacek, Sheila Shiebler, and Peter Stewart

　　　　b. February 6, 2025, email string between Randall Greenway and Mike Hyatt

　　　　c. February 28, 2025 email string between Randall Greenway and Mike Hyatt

The foregoing potential witnesses and exhibits are in addition to the exhibits previously disclosed by K12 on January 30, 2026.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

　　　　　　　　　　By _____/s/ Krystle A. Thomas_____
　　　　　　　　　　　　Nelson Franse
　　　　　　　　　　　　Krystle A. Thomas
　　　　　　　　　　　　Laura E. Sanchez
　　　　　　　　　　　　Jack Brant
　　　　　　　　　　P. O. Box 1888
　　　　　　　　　　Albuquerque, NM 87103
　　　　　　　　　　Telephone: (505) 765-5900
　　　　　　　　　　nfranse@rodey.com
　　　　　　　　　　kthomas@rodey.com
　　　　　　　　　　lsanchez@rodey.com
　　　　　　　　　　jbrant@rodey.com

and

LATHAM & WATKINS LLP

John V.H. Pierce (*PHV* forthcoming)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1241
john.pierce@lw.com

Chase Chesser (*PHV* forthcoming)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
chase.chesser@lw.com

*Attorneys for Defendant Stride, Inc./K12 Virtual Schools LLC*

CERTIFICATE OF SERVICE

  I hereby certify that on February 6, 2026, I filed the foregoing pleading electronically through the Court's CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

        RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

        By   */s/ Krystle A. Thomas*
          Krystle A. Thomas