IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BOARD OF EDUCATION FOR THE GALLUP-
McKINLEY COUNTY SCHOOLS and
MICHAEL HYATT as its Superintendent of
Schools,

        Plaintiffs,

v.

STRIDE, INC., a Delaware Corporation d/b/a K12
VIRTUAL SCHOOLS, LLC, JAMES RHYU, as
the Chief Executive Officer and Chair of the Board
of Directors of Stride, Inc., PETER STEWART As
the Senior Vice President of School Development
for Stride, Inc., RYAN STUTLER, as the Vice
President of Finance for Stride, Inc., and ADAM
HAWF, as its Superintendent of Schools,

        Defendants.

Case No. 1:25-cv-00890-MLG-DLM

JURY DEMANDED

**PLAINTIFFS' REBUTTAL EXHIBIT LIST FOR
THE MOTIONS HEARING ON FEBRUARY 20, 2026**

        COME NOW Plaintiffs, Board of Education for the Gallup-McKinley Schools and Michael Hyatt, as its Superintendent of Schools ("School District"), by and through their attorneys of record, Andrew M. Sanchez of Himes, Petrarca & Fester, Chtd., and pursuant to the parties' agreed-upon schedule submitted to the Court on January 23, 2026, provides the following list of rebuttal exhibits for the hearing set for February 20, 2026:

**REBUTTAL EXHIBIT LIST**

9. Clerk's Minutes from May 16, 2025 Hearing on Motion for Temporary Restraining Order in D-1116-CV-2025-00281 along with copies of K12's briefing for same.

10. Motion for Presentment of Order denying TRO in D-1116-CV-2025-00281 along with Notice of Completion of Briefing and submission of the same to District Court Judge Clani-Washinawatok.

11. Updated Case Lookup List for K12 along with a copy of the initial and Corrected Third OMA Complaint filed against the School District on November 18 & 24, 2025 (no. D-1113-CV-2025-00655).

12. The School District will provide a courtesy copy of its response briefing on the Motion to Compel Arbitration [*Doc 27*] including the caselaw cited therein.

13. The School District will provide courtesy copies of the briefing on the Motion for a Preliminary Injunction including certain cases cited therein by the parties.

The following exhibits may be used to rebut anticipated arguments by Defendants if necessary.

1. Whistleblower Complaint to the PED on July 30, 2025 and supporting documents thereto.

2. Whistleblower Complaint for Violations of the New Mexico Fraud Against Taxpayers Act (sealed complaint) dated November 17, 2025 – will only be provided if necessary for rebuttal purposes.

The foregoing potential rebuttal exhibits are in addition to the exhibits previously listed by the School District on January 30, 2026 [*Doc 77*].

The School District reserves its right to supplement its Witness and Exhibit list as done outside of the agreed schedule by K12 on February 13, 2026 [*Doc 80*].

Respectfully submitted,

HIMES, PETRARCA & FESTER, CHTD.

By: _/s/ Andrew M. Sanchez_
    ANDREW M. SANCHEZ
    5051 Journal Center Blvd. NE, Suite 320
    Albuquerque, New Mexico  87109
    (505) 259-2069
    asanchez@edlawyer.com

**ATTORNEYS FOR THE BOARD OF EDUCATION FOR THE GALLUP-MCKINLEY COUNTY SCHOOLS AND SUPERINTENDENT OF SCHOOLS MICHAEL HYATT**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed through the Court's CM/ECF system, which caused all counsel of record to be served via electronic means on February 16, 2026, as more fully reflected on the Notice of Electronic Filing.

HIMES, PETRARCA & FESTER, CHTD.

By: _/s/ Andrew M. Sanchez_
    ANDREW M. SANCHEZ